# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Manuel PEREZ-Espinoza<br>DOB: 12-09-1951<br><br>*Defendant(s)* | )<br>)<br>) Case No. 7:18mj 2603<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _December 19, 2018_ in the county of _Hidalgo_ in the _Southern_ District of _Texas_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1); <br> 21 USC 841 (b) (1)(A) <br> 21 USC 846 | Conspiracy to possess with intent to distribute a schedule I controlled substance |

This criminal complaint is based on these facts:
See Attachment

☑ Continued on the attached sheet.

Approved by David A. Lindenmuth

12/20/18

_Complainant's signature_

Ashley Brazelton, DEA Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 12/20/18 - 5:51 a.m.

_Judge's signature_

City and state: McAllen, Texas

Juan F. Alanis, U.S. Magistrate Judge
_Printed name and title_

ATTACHMENT

On December 19, 2018, at approximately 1:15 p.m., a Confidential Source contacted a Special Agent with the Drug Enforcement Administration (DEA) at the McAllen District Office with information regarding the possible importation of narcotics from Mexico. Based the information provided, DEA Agents established surveillance near the Customs and Border Patrol Port of Entry (POE) located in Pharr, Texas at approximately 2:00 p.m.

At approximately 3:55 p.m., a DEA Task Force Officer (TFO) who was stationed in the area of 801 Bona Terra Drive in Pharr, Texas observed a green tractor attached to a white trailer with "POINT" logo in blue on the side of the trailer. At approximately 4:06 p.m., the DEA TFO observed a white Ford F-150 pickup truck with a black tool box park on the side of the road on Bona Terra in front of the green tractor. A few minutes later, the DEA TFO observed the driver of the tractor, a male subject wearing a green T-shirt and blue jeans, exit the passenger side of the cab of the tractor with a dark colored box and placed it in the bed of the pickup truck. The DEA TFO observed the driver of the white Ford F-150 truck, later identified as Manuel PEREZ-Espinoza, wearing a grey T-shirt and blue jeans, exit the F-150 and approach the passenger side of the tractor. The DEA TFO subsequently observed movement inside the tractor and observed the driver of the pickup truck place an object into the passenger side of the pickup truck and then entered the pickup truck. At approximately 4:10 p.m., the DEA TFO observed that tractor trailer depart first then the F-150 shortly after. DEA Agents maintained surveillance on the white Ford F-150 as it traveled eastbound on Anaya Road. A marked unit with the Pharr Police Department conducted an independent and probable cause traffic stop on the white Ford F-150 near the intersection of Cage Boulevard and Dicker Road.

Subsequent to the traffic stop, a Pharr Police narcotics canine conducted an open air sniff of the pickup truck and gave a positive indication for the presence of narcotics in the vehicle and near the boxes. DEA Agents took custody of the boxes and transported them to the McAllen District Office. DEA Agents extracted approximately four bundles from each box, a total of eight bundles. DEA Agents observed that the bundles were wrapped in clear plastic wrap containing a white powdery substance. DEA SAs conducted presumptive field tests of the white, powdery substance for methamphetamine and cocaine

ATTACHMENT

both which yielded in inconclusive results. The total of all eight bundles was approximately 15.65 kilograms. PEREZ-Espinoza was read his Miranda Rights in his preferred language of Spanish by a DEA Agent as witnessed by a Pharr Police Department Investigator. PEREZ-Espinoza acknowledged his rights both verbally and in writing and agreed to speak with law enforcement. PEREZ-Espinoza admitted to picking up the narcotic-laden boxes and admitted that he knew the boxes contained narcotics. PEREZ-Espinoza stated that he was going to deliver them to an unknown person at a later date and time. PEREZ-Espinoza stated that he was to be paid $500.00 in return. PEREZ-Espinoza was subsequently transferred to the San Juan Police Department Jail for overnight detention pending his initial appearance the following day.